UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>HOLIDAY INN FRESNO AIRPORT, a business entity of an unknown form; HOTEL VENTURE LIMITED PARTNERSHIP, a Delaware Limited Partnership, SKYLINE CAFÉ, a business entity of an unknown form, and DOES 1 through 15, inclusive,<br><br>　　　Defendants. | CASE NO. 1:08-CV-00026-OWW-GSA<br><br>**ORDER ON JOINT STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HOTEL VENTURE LIMITED PARTNERSHIP, a Delaware Limited Partnership**.<br><br>JUDGE OLIVER W. WANGER |

ORDER

Good cause appearing, on stipulation of the parties' JOINT STIPULATION RE DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HOTEL VENTURE LIMITED PARTNERSHIP, a Delaware Limited Partnership:

It is hereby ORDERED and ADJUDGED that Defendant HOTEL VENTURE LIMITED PARTNERSHIP is dismissed without prejudice as a defendant in this action and with a right of Plaintiff to re file the subject action against Defendant HOTEL VENTURE LIMITED PARTNERSHIP, LP, within six (6) months of the date hereof, notwithstanding the effect of any operative statue of limitations.

IT IS SO ORDERED.

DATED: April 8, 2008          /s/ OLIVER W. WANGER
　　　　　　　　　　　　　　THE HON. OLIVER W. WANGER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE