ANTHONY GOLDSMITH - SBN 125621
LAW OFFICES OF ANTHONY E. GOLDSMITH
Sepulveda Center
3415 South Sepulveda Blvd., Suite 100
Los Angeles, CA 90034
Telephone: (310) 390-4406
Facsimile: (213) 596-8906
E-mail: AEGOLDLAW@aol.com

Attorney for Plaintiff
CONNIE ARNOLD


KATHLEEN E. FINNERTY - SBN 157638
MARC B. KOENIGSBERG - SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
E-mail: FinnertyK@gtlaw.com
E-mail: Koenigsbergm@gtlaw.com

Attorneys for Defendant
HOTEL WEST I, LP

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual, | ) CASE NO. 1:08-CV-00026-OWW-GSA |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **DEADLINES AND** |
| v. | ) **ORDER** |
| | ) |
| HOTEL WEST I, LP, a Delaware limited partnership and DOES 1 through 10, inclusive, | ) |
| | ) TRIAL DATE: July 14, 2009 |
| Defendants. | ) |
| _____ | ) |

Plaintiff Connie Arnold and Defendant Hotel West I, LP, by and through their respective counsel, hereby jointly stipulate and request that the Court grant continuances of certain deadlines set out in this Court's <u>Amended</u> Scheduling Conference Order filed on June 12, 2008 based on the good cause shown below.

///

1. Plaintiff filed her action seeking renovations to defendant's hotel facilities in Fresno, California to improve disabled access, as well as seeking damages and attorney's fees, litigation expenses, and costs.

2. On November 19, 2008, plaintiff conducted her Rule 34 inspection of the property. Plaintiff anticipates providing defendant with her expert's informal report subject to stipulation by the parties as to its use by defendants in the instant action.

3. Defendant has informally provided plaintiff with building plans detailing the work to be completed, which both sides in good faith believe has significantly narrowed the issues in the case.

4. The parties have worked together cooperatively and anticipate working diligently among themselves to resolve this case in its entirety and reaching a final agreement on the substance of the items to be included in a final Consent Decree and Order to resolve the case in its entirety once plaintiff provides her expert's informal report.

5. While the parties have been cooperating in good faith to resolve this matter and appear to be close to doing so, the expert disclosure deadline currently looms at December 12, 2008. Obligating both plaintiff and defendant to have their experts finalize their opinions and prepare reports at this time would significantly increase the cost of the case without increasing the likelihood of settlement, which the parties are aggressively working towards while delaying more formal discovery procedures. Continuing the deadline to disclose experts requires that other subsequent deadlines be continued as well. The date of the pre-trial conference on June 1, 2009, and the start of trial on July 14, 2009, are not affected by this stipulation.

6. The parties therefore jointly request that the court grant the continuances set out below to allow the parties an opportunity to bring this case to a close without further discovery or the assistance of the Court.

NOW, THEREFORE, the parties stipulate to the following and request that the Court make the following changes to dates in the case:

///

///

| Task | Current Date | Requested Date |
|---|---|---|
| Last day to disclose experts | December 12, 2008 | January 23, 2009 |
| Last day to disclose rebuttal or supplemental experts | January 12, 2009 | February 12, 2009 |
| Last day to complete all discovery | February 27, 2009 | March 30, 2009 |
| Last day to submit confidential settlement conference statements | February 19, 2009 | March 20, 2009 |
| Settlement Conference | February 24, 2009 | March 25, 2009 |

| Last day to file non-dispositive motions | February 27, 2009 | March 30, 2009 |
|---|---|---|
| Last day to file dispositive motions | March 12, 2009 | April 13, 2009 |

SO STIPULATED:

DATED:  December 2, 2008      LAW OFFICES OF ANTHONY E. GOLDSMITH


                              By:   /s/ Anthony E. Goldsmith
                                   ANTHONY E. GOLDSMITH
                                   Attorney for Plaintiff
                                   CONNIE ARNOLD

DATED:  December 2, 2008      GREENBERG TRAURIG, LLP


                              By: /s/ Marc B. Koenigsberg
                                   KATHLEEN E. FINNERTY
                                   MARC B. KOENIGSBERG
                                   Attorney for Defendant
                                   HOTEL WEST I, LP

///

///

///

///

## ORDER

For good cause shown, the parties' stipulation is approved.  The June 12, 2008 Amended Scheduling Conference Order is amended as follows with respect to dates in the action:

| **Task** | **Current Date** | **Requested Date** |
|---|---|---|
| Last day to disclose experts | December 12, 2008 | January 23, 2009 |
| Last day to disclose rebuttal or supplemental experts | January 12, 2009 | February 12, 2009 |
| Last day to complete all discovery | February 27, 2009 | March 30, 2009 |

| | | |
|---|---|---|
| Last day to submit confidential settlement conference statements | February 19, 2009 | March 20, 2009 |
| Settlement Conference | February 24, 2009 | March 25, 2009 |
| Last day to file non-dispositive motions | February 27, 2009 | March 30, 2009 |
| Last day to file dispositive motions | March 12, 2009 | April 13, 2009 |

IT IS SO ORDERED.

Dated:   **December 10, 2008**          /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE