ANTHONY GOLDSMITH - SBN 125621
LAW OFFICES OF ANTHONY E. GOLDSMITH
Sepulveda Center
3415 South Sepulveda Blvd., Suite 100
Los Angeles, CA 90034
Telephone:  (310) 390-4406
Facsimile:  (213) 596-8906
E-mail:  AEGOLDLAW@aol.com

Attorney for Plaintiff
CONNIE ARNOLD


KATHLEEN E. FINNERTY - SBN 157638
MARC B. KOENIGSBERG - SBN 204265
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
E-mail: FinnertyK@gtlaw.com
E-mail: Koenigsbergm@gtlaw.com

Attorneys for Defendant
HOTEL WEST I, LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOTEL WEST I, LP, a Delaware limited partnership and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:08-CV-00026-OWW-GSA<br><br>**STIPULATION TO CONTINUE DEADLINES AND ORDER**<br><br><br>TRIAL DATE:  July 14, 2009 |

Plaintiff Connie Arnold and Defendant Hotel West I, LP, by and through their respective counsel, hereby jointly stipulate and request that the Court grant continuances of certain deadlines set out in this Court's <u>Amended</u> Scheduling Conference Order filed

on June 12, 2008, as amended by the Court's December 15, 2008 Order, based on the good cause shown below.

1. On January 4, 2008, plaintiff filed an action seeking renovations to defendant's hotel facility in Fresno, California to improve disabled access, as well as seeking damages and attorney's fees, litigation expenses, and costs.

2. On November 19, 2008, plaintiff conducted her Rule 34 inspection of the property. On December 24, 2008, plaintiff provided her expert's informal report to defendant to facilitate settlement discussions with defendant. Defendant has been working with its accessibility consultant in evaluating plaintiff's expert's informal report to which it will respond in the coming days.

3. Throughout this case, and even more so after plaintiff provided her expert's informal report, the parties have been working cooperatively and diligently to resolve this case in its entirety by reaching a final agreement on the substance of the items to be included in a final Consent Decree and Order.

4. While the parties have been cooperating in good faith to resolve this matter and appear to be close to doing so, pre-trial and trial deadlines loom, including the expert disclosure deadline on January 23, 2009. Obligating the parties to have their experts finalize their opinions and prepare reports at this time would significantly increase the cost of the case, without increasing the likelihood of settlement, which the parties are aggressively working towards while delaying more formal discovery procedures. The parties are also interested in continuing other subsequent deadlines to minimize the respective costs to the parties, and avoid the need for Court involvement in resolving this case.

5. The Court granted one previous stipulation by the parties on December 15, 2008. The extra time allowed by the Court has permitted the parties to work further toward resolving this case. The parties believe this second request for additional time will result in a resolution and dismissal of this case.

6. The parties, therefore, jointly request that the Court grant the continuances set out below to allow the parties an opportunity to bring this case to a close without further discovery or the assistance of the Court. This additional time will, in all likelihood, obviate the need for further Court involvement, thereby saving the Court's time and resources.

7. Given the parties' optimism for settling this case if afforded more time to reach an agreement, the parties request the date of the pre-trial conference on June 1, 2009, and the start of trial on July 14, 2009, be continued as well.

NOW, THEREFORE, the parties stipulate to the following and request that the Court make the following changes to dates in the case:

| Task | Current Date | Requested Date |
| --- | --- | --- |
| Last day to disclose experts | January 23, 2009 | March 6, 2009 |
| Last day to disclose rebuttal or supplemental experts | February 12, 2009 | March 27, 2009 |
| Last day to complete all discovery | March 30, 2009 | May 8, 2009 |
| Last day to submit confidential settlement conference statements | March 20, 2009 | April 30, 2009 |
| Settlement Conference | March 25, 2009 | May 5, 2009 |
| Last day to file non-dispositive motions | March 30, 2009 | May 8, 2009 |
| Last day to file dispositive motions | April 13, 2009 | May 19, 2009 |
| Pre-trial Conference | June 1, 2009 | July 13, 2009, or a date suitable for the Court |
| Trial | July 14, 2009 | August 24, 2009, or a date suitable for the Court |

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | DATED:  January 15, 2009 | LAW OFFICES OF ANTHONY E. GOLDSMITH |
| 3 | | |
| 4 | | By:   /s/ Anthony E. Goldsmith<br>        ANTHONY E. GOLDSMITH<br>        Attorney for Plaintiff |
| 5 | | CONNIE ARNOLD |
| 6 | DATED:  January 15, 2009 | GREENBERG TRAURIG, LLP |
| 7 | | |
| 8 | | By: /s/ Marc B. Koenigsberg<br>        KATHLEEN E. FINNERTY |
| 9 | | MARC B. KOENIGSBERG<br>Attorney for Defendant |
| 10 | | HOTEL WEST I, LP |

Lines 11–28 blank.

# ORDER

For good cause shown, the parties' stipulation is approved. The June 12, 2008 <u>Amended</u> Scheduling Conference Order, as amended by the Court's December 15, 2008 Order, is amended as follows with respect to dates in the action:

| Task | Current Date | Requested Date |
|---|---|---|
| Last day to disclose experts | January 23, 2009 | March 6, 2009 |
| Last day to disclose rebuttal or supplemental experts | February 12, 2009 | March 27, 2009 |
| Last day to complete all discovery | March 30, 2009 | May 8, 2009 |
| Last day to submit confidential settlement conference statements | March 20, 2009 | April 30, 2009 |
| Settlement Conference | March 25, 2009 | May 5, 2009 |
| Last day to file non-dispositive motions | March 30, 2009 | May 8, 2009 |
| Last day to file dispositive motions | April 13, 2009 | May 19, 2009 |
| Pre-trial Conference | June 1, 2009 | July 13, 2009 |
| Trial | July 14, 2009 | August 25, 2009 |

**IT IS SO ORDERED.**

Dated:  1/15/2009            __/s/ OLIVER W. WANGER_____
                             Honorable Oliver W. Wanger
                             United States District Court Judge