ANTHONY GOLDSMITH - SBN 125621
LAW OFFICES OF ANTHONY E. GOLDSMITH
Sepulveda Center
3415 South Sepulveda Blvd., Suite 100
Los Angeles, CA 90034
Telephone: (310) 390-4406
Facsimile: (213) 596-8906
E-mail: AEGOLDLAW@aol.com

Attorney for Plaintiff
CONNIE ARNOLD


KATHLEEN E. FINNERTY - SBN 157638
MARC B. KOENIGSBERG - SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
E-mail: FinnertyK@gtlaw.com
E-mail: Koenigsbergm@gtlaw.com

Attorneys for Defendant
HOTEL WEST I, LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual, | CASE NO. 1:08-CV-00026-OWW-GSA |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINES AND ORDER** |
| v. | |
| HOTEL WEST I, LP, a Delaware limited partnership and DOES 1 through 10, inclusive, | TRIAL DATE: August 25, 2009 |
| Defendants. | |

Plaintiff Connie Arnold and Defendant Hotel West I, LP, by and through their respective counsel, hereby jointly stipulate and request that the Court modify the

scheduling order filed January 16, 2009, and grant continuances of expert disclosure deadlines by 21 days, based on the good cause shown below.

1. On January 4, 2008, plaintiff filed an action seeking renovations to defendant's hotel facility in Fresno, California to improve disabled access, as well as seeking damages, attorney's fees, litigation expenses, and costs.

2. On November 19, 2008, plaintiff conducted her Rule 34 inspection of the property. On December 24, 2008, plaintiff provided her expert's informal report to defendant to facilitate settlement discussions with defendant. Defendant has been working with its accessibility consultant in evaluating plaintiff's expert's informal report, to which it will respond in the coming days.

3. Throughout this case, and even more so after plaintiff provided her expert's informal report, the parties have been working cooperatively and diligently to resolve this case in its entirety by reaching a final agreement on the substance of the items to be included in a final Consent Decree and Order.

4. While the parties have been cooperating in good faith to resolve this matter and appear to be close to doing so, the expert disclosure deadline looms at Friday, March 6, 2009, and the rebuttal expert disclosure deadline on Friday, March 27, 2009. The parties are currently circulating a Consent Decree, and a detailed itemization of facility modifications. The parties would like to complete the resolution of this case without having to expend time and resources working concurrently on complying with what will likely be unnecessary expert disclosures. Doing so will significantly increase the cost of the case without moving settlement forward.

5. The Court granted two previous stipulations by the parties. The extra time allowed by the Court has permitted the parties to work further toward resolving this case. The parties believe this third and final request for additional time will result in a resolution of the injunctive relief issues, and dismissal of this case.

6. The parties, therefore, jointly request that the Court grant the continuances set out below to allow the parties a further opportunity to bring this case to a close

1  without further discovery or the assistance of the Court.  This additional time will, in all
2  likelihood, obviate the need for further Court involvement, thereby saving the Court's
3  time and resources.
4     NOW, THEREFORE, the parties stipulate to the following and request that the
5  Court make the following changes to dates in the case:

| Task | Current Date | Requested Date |
|---|---|---|
| Last day to disclose experts | March 6, 2009 | April 15, 2009 |
| Last day to disclose rebuttal or supplemental experts | March 27, 2009 | May 1, 2009 |

11     All other dates set out in the Court's Scheduling Order, as amended, will remain
12  the same.
13     SO STIPULATED.
14  DATED:  February _____, 2009   LAW OFFICES OF ANTHONY E. GOLDSMITH

By: _____
       ANTHONY E. GOLDSMITH
       Attorney for Plaintiff
       CONNIE ARNOLD

DATED:  February _____, 2009   GREENBERG TRAURIG, LLP

By:_____
       KATHLEEN E. FINNERTY
       MARC B. KOENIGSBERG
       Attorney for Defendant
       HOTEL WEST I, LP

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

# ORDER

For good cause shown, the parties' stipulation is approved.  The June 12, 2008 <u>Amended</u> Scheduling Conference Order, as amended, is further amended as follows with respect to dates in the action:

| Task | Current Date | Requested Date |
|---|---|---|
| Last day to disclose experts | March 6, 2009 | April 15, 2009 |
| Last day to disclose rebuttal or supplemental experts | March 27, 2009 | May 1, 2009 |

All other dates, as stated in this Court's Order filed January 16, 2009, are to remain the same.

**IT IS SO ORDERED.**

Dated:  __3/3/2009_____          /s/ OLIVER W. WANGER
                                  Honorable Oliver W. Wanger
                                  United States District Court Judge

*SAC 441,392,427v2 3-3-09*