ANTHONY GOLDSMITH - SBN 125621
LAW OFFICES OF ANTHONY E. GOLDSMITH
Sepulveda Center
3415 South Sepulveda Blvd., Suite 100
Los Angeles, CA 90034
Telephone: (213) 471-2096
Facsimile: (213) 596-8906
E-mail: AEGOLDLAW@aol.com

Attorneys for Plaintiff
CONNIE ARNOLD


KATHLEEN E. FINNERTY - SBN 157638
MARC B. KOENIGSBERG - SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
E-mail: FinnertyK@gtlaw.com
E-mail: Koenigsbergm@gtlaw.com

Attorneys for Defendant
HOTEL WEST I, LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOTEL WEST I, LP, a Delaware limited partnership and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:08-CV-00026-OWW-GSA<br><br>**STIPULATION TO CONTINUE DEADLINES AND ORDER**<br><br>TRIAL DATE: August 25, 2009 |

    Plaintiff Connie Arnold and Defendant Hotel West I, LP, by and through their respective counsel, hereby jointly stipulate and request that the Court modify the

Page 1 of 4    Case No 1:08-CV-00026-OWW-GSA
STIPULATION TO CONTINUE DEADLINES AND [PROPOSED] ORDER
PDF created with pdfFactory trial version www.pdffactory.com

scheduling order filed January 16, 2009, and grant continuances of expert disclosure deadlines by 21 days, based on the good cause shown below.

1. On January 4, 2008, plaintiff filed an action seeking renovations to defendant's hotel facility in Fresno, California to improve disabled access, as well as seeking damages, attorney's fees, litigation expenses, and costs.

2. On November 19, 2008, plaintiff conducted her Rule 34 inspection of the property. On December 24, 2008, plaintiff provided her expert's informal report to defendant to facilitate settlement discussions with defendant.

3. Throughout this case, and even more so after plaintiff provided her expert's informal report, the parties have been working cooperatively and diligently to resolve this case in its entirety by reaching a final agreement on the substance of the items to be included in a final Consent Decree and Order. As of today's date, the parties are pleased to inform this Honorable Court that they are circulating a Consent Decree and Order for signature. All terms for injunctive relief have been reached and resolved.

4. While the parties have been cooperating in good faith to resolve this matter and appear to be close to doing so, the expert disclosure deadline looms at Friday, April 15, 2009, and the rebuttal expert disclosure deadline on Friday, May 1, 2009. The parties are currently circulating a Consent Decree, and a detailed itemization of facility modifications. The parties would like to complete the resolution of this case without having to expend time and resources working concurrently on complying with what will likely be unnecessary expert disclosures. Doing so will significantly increase the cost of the case without moving settlement forward.

5. The Court granted three previous stipulations by the parties. The extra time allowed by the Court has permitted the parties to work further toward resolving this case. The parties' goals in this instance were met as they have now arrived at a Consent Decree and settled all injunctive relief issues without having to expend monies on experts reports and the completion of discovery, The parties believe this request for

PDF created with pdfFactory trial version www.pdffactory.com

additional time will result in a resolution of the remaining monetary issues, and dismissal of this case. The parties wish to expend their time in settlement discussions rather than completing discovery and reports that will likely make the case harder rather than easier to settle.

6. The parties, having already completed the resolution of all injunctive and technical issues in the case, therefore, jointly request that the Court grant the continuances set out below to allow the parties a further opportunity to bring this case to a close without further discovery or the assistance of the Court. This additional time will, in all likelihood, obviate the need for further Court involvement, thereby saving the Court's time and resources.

NOW, THEREFORE, the parties stipulate to the following and request that the Court make the following changes to dates in the case:

| Task | Current Date | Requested Date |
|---|---|---|
| Last day to disclose experts | April 15, 2009 | May 1, 2009 |
| Last day to disclose rebuttal or supplemental experts | May 1, 2009 | May 15, 2009 |

All other dates set out in the Court's Scheduling Order, as amended, will remain the same.

SO STIPULATED.

DATED: April 9, 2009   LAW OFFICES OF ANTHONY E. GOLDSMITH

By: _____
ANTHONY E. GOLDSMITH
Attorney for Plaintiff
CONNIE ARNOLD

DATED: April 9, 2009   GREENBERG TRAURIG, LLP

By: _____
KATHLEEN E. FINNERTY
MARC B. KOENIGSBERG
Attorney for Defendant
HOTEL WEST I, LP

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause shown, the parties' stipulation is approved. The June 12, 2008 <u>Amended</u> Scheduling Conference Order, as amended, is further amended as follows with respect to dates in the action:

| Task | Current Date | Requested Date |
| --- | --- | --- |
| Last day to disclose experts | April 15, 2009 | May 1, 2009 |
| Last day to disclose rebuttal or supplemental experts | May 1, 2009 | May 15, 2009 |

All other dates, as stated in this Court's Order filed January 16, 2009, are to remain the same.

**IT IS SO ORDERED.**

Dated: April 13, 2009     /s/  OLIVER W. WANGER
                          Honorable Oliver W. Wanger
                          United States District Court Judge

*SAC 441,392,427v2 3-3-09*

PDF created with pdfFactory trial version www.pdffactory.com