ANTHONY GOLDSMITH - SBN 125621
LAW OFFICES OF ANTHONY E. GOLDSMITH
20501 Ventura Blvd., Suite 272
Woodland Hills, CA  91364
Telephone:  (310) 390-4406
Facsimile:  (213) 596-8906
E-mail:  AEGOLDLAW@aol.com

Attorney for Plaintiff
CONNIE ARNOLD


KATHLEEN E. FINNERTY - SBN 157638
MARC B. KOENIGSBERG - SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
E-mail: FinnertyK@gtlaw.com
E-mail: Koenigsbergm@gtlaw.com

Attorneys for Defendant
HOTEL WEST I, LP

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOTEL WEST I, LP, a Delaware limited partnership and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:08-CV-00026-OWW-GSA<br><br>**ORDER RE STIPULATED DISMISSAL**<br><br>TRIAL DATE:  August 25, 2009 |

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS HEREBY ORDERED** that the complaint of plaintiff in USDC Case No. 1:08-CV-00026-OWW-GSA is hereby dismissed, with prejudice, subject to the Court's retained jurisdiction as set out in the Consent Decree entered by the Court on April 20, 2009.

Each party to bear its own fees and costs.

DATED:  June 5, 2009                 /s/ OLIVER W. WANGER_____
                                     JUDGE OF THE DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com